UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Respondent,<br><br>  v.<br><br>PERFECTO ACEVEDO SANCHEZ,<br><br>    Petitioner. | No. CR-06-2140-FVS<br><br>ORDER DENYING PETITIONER'S MOTIONS TO ALTER OR AMEND THE COURT'S MAY 16, 2011 ORDER DISMISSING HIS SECTION 2255 PETITION AND FOR LEAVE TO AMEND HIS PRIOR PETITION |

  **THIS MATTER** comes before the Court without oral argument based upon Petitioner's two recent motions: a motion to alter or amend the Court's May 16, 2011 order dismissing his Section 2255 petition (Ct. Rec. 311), and a motion for leave to amend his prior Section 2255 petition (Ct. Rec. 310).  Petitioner is proceeding pro se.

  **BACKGROUND**

  On October 4, 2007, Petitioner pleaded guilty, pursuant to a written plea agreement, to counts 1 and 3 of the indictment (Ct. Rec. 179), and was subsequently sentenced to a term of imprisonment of 210 months (Ct. Rec. 235).  Judgment was entered on February 7, 2008.  No direct appeal was taken.

  On January 27, 2009, Petitioner moved the Court, pursuant to 28 U.S.C. § 2255, for an order affording him a direct appeal proceeding, claiming his counsel erroneously failed to file a notice of appeal. (Ct. Rec. 252).  On February 10, 2009, Respondent filed a motion requesting that the Court vacate the judgment in this matter and reenter judgment to allow Petitioner to file a direct appeal.  (Ct. Rec. 257).

ORDER DENYING PETITIONER'S MOTIONS . . . - 1

On February 12, 2009, the Court vacated and reentered judgment to allow the appeal period to restart. (Ct. Rec. 259). On February 23, 2009, Petitioner filed a Notice of Appeal. (Ct. Rec. 261). However, Petitioner later voluntarily withdrew this appeal. An order and mandate was issued by the Ninth Circuit on October 1, 2009. (Ct. Rec. 284). Petitioner filed a Section 2255 motion on October 5, 2010 (dated September 30, 2010). (Ct. Rec. 286). Petitioner's Section 2255 petition was dismissed by the Court on May 16, 2011. (Ct. Rec. 309).

**DISCUSSION**

Petitioner's instant motions request that the Court reopen and reconsider the dismissed Section 2255 petition and then permit him to amend the dismissed petition to add ineffective assistance of counsel claims.

**I. Motion for Reconsideration**

Fed.R.Civ.P. 60(b)(6) pertains to civil actions and proceedings. Fed.R.Civ.P. 1. The civil rules do not apply to federal criminal proceedings in general, but may be applied to a post-conviction motion under 28 U.S.C. § 2255. *See* Rule 12 of Rules Governing Section 2255 Proceedings For The United States District Courts. Fed.R.Civ.P. 60(b)(6) can be employed to seek relief from an order denying a Section 2255 motion.

Reconsideration is available under Rule 60(b) upon a showing of (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence; (3) fraud; (4) a void judgment; (5) a satisfied or discharged judgment; or (6) any other reason justifying relief. Fed.R.Civ.P. 60(b). Petitioner has demonstrated no new or different facts or circumstances, newly discovered evidence, or mistake,

ORDER DENYING PETITIONER'S MOTIONS . . . - 2

inadvertence, surprise, or excusable neglect to warrant reconsideration. Nor has he alleged any other reason justifying relief. Petitioner thus fails to present a valid basis for the Court to reconsider its prior order dismissing his Section 2255 petition. Petitioner's "Motion to Alter or Amend Order Dismissing Petitioner's Section 2255 Motion" (Ct. Rec. 311) is **DENIED**.

**II.  Motion to Amend**

Petitioner's October 5, 2010 Section 2255 motion was dismissed by the Court on May 16, 2011. As indicated above, Petitioner has failed to demonstrate a basis for reconsideration of the Court's order dismissing the petition. Since the petition has been dismissed by the Court, there is no petition presently before the Court which may be amended. Petitioner's "Motion for Leave to Amend Original Section 2255 Motion" (Ct. Rec. 310) is **DENIED**.

The Court being fully advised, **IT IS HEREBY ORDERED**:

1. Petitioner's "Motion to Alter or Amend Order Dismissing Petitioner's Section 2255 Motion" (**Ct. Rec. 311**) is **DENIED**.

2. Petitioner's "Motion for Leave to Amend Original Section 2255 Motion" (**Ct. Rec. 310**) is **DENIED**.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this order and furnish copies to **PETITIONER** and counsel for the Respondent.

**DATED** this ___27th___ day of June, 2011.

                          S/Fred Van Sickle
                          Fred Van Sickle
           Senior United States District Judge