Case 2:06-cr-02140-FVS   Document 340   Filed 03/10/16

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 10, 2016**

SEAN F. MCAVOY, CLERK

United States of America
v.
PERFECTO ACEVEDO SANCHEZ

Case No: CR-06-2140-FVS-1
USM No: 11633-085

Date of Original Judgment: 02/07/2008
Date of Amended Judgment Entered: 02/12/2009
*(Use Date of Last Amended Judgment if Any)*

Andrea K. George
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  210  months **is reduced to**  189  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  02/07/2008  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: March 10, 2016

*Judge's signature* Fred Van Sickle

Effective Date: _____
*(if different from order date)*

Fred Van Sickle, Senior Judge U.S. District Court
*Printed name and title*